AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>GERALD EDDIE BROWN, JR.,<br>also known as "Runner,"<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case: 1:26-mj-00040<br>Assigned To: Judge Sharbaugh, Matthew J.<br>Assign. Date: 2/24/2026<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Gerald Eddie Brown Jr.

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 ; Conspiracy to Commit Offense or to Defraud the United States.
22 U.S.C. § 2778 ; Control of Arms Exports and Imports.

Date:     02/24/2026

*Issuing officer's signature*

City and state:     Washington, D.C.

Hon. Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/24/26 , and the person was arrested on *(date)* 3/17/26
at *(city and state)* Washington D.C.

Date:  3/17/26

*Arresting officer's signature*

Amandazi FED
*Printed name and title*